**Lonnie A. OVERTON, Claimant–Appellee,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.**

No. 2007–7090.

United States Court of Appeals, Federal Circuit.

March 22, 2007.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to voluntarily dismiss his appeal,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. All other pending motions are moot.

(2) Each side shall bear its own costs.

**Gene S. GROVES, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7044.

United States Court of Appeals, Federal Circuit.

March 23, 2007.

Gene S. Groves, pro se.

**ORDER**

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.